SLIP OPINION

Cite as 2016 Ark. 425

# SUPREME COURT OF ARKANSAS

**No.** CR–16–949

| | |
|---|---|
| ERIC DARNELL THROWER<br><div align="right">APPELLANT</div><br>V.<br><br>STATE OF ARKANSAS<br><div align="right">APPELLEE</div> | **Opinion Delivered:** December 1, 2016<br><br>MOTION TO BE RELIEVED AS COUNSEL, TO STAY BRIEFING SCHEDULE, AND FOR THE APPOINTMENT OF NEW COUNSEL<br><br><u>MOTION GRANTED</u>. |

## PER CURIAM

Appellant Eric Darnell Thrower was convicted of murder in the first degree and arson. He was sentenced to life plus ten years in the Arkansas Department of Correction. An appeal from the judgment has been lodged in this court. Thrower is represented on appeal by Robert N. Jeffrey. Jeffrey now asks to be relieved as counsel on the ground that he is ineligible for compensation for services as appellate counsel.

Arkansas Code Annotated section 19-4-1604(b)(2)(B) (Repl. 2007) provides that persons employed as full-time public defenders who are not provided with a state-funded secretary are eligible to seek compensation for appellate work. Counsel affirms that he is a full-time public defender with a full-time, state-funded secretary. Under these circumstances, he is not entitled to payment for services in this appeal, and his request to be relieved is well-founded. *See Craigg v. State*, 2012 Ark. 95 (per curiam). We therefore grant Jeffrey's motion to be relieved. We appoint attorney Thomas Burns to represent appellant. Our clerk is directed to set a new briefing schedule for the appeal.

Motion granted.